# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**　　　　　　　　　Case No. 3:16-po-305

　　　　　Plaintiff,

　-vs-　　　　　　　　　　　　　　　　　　　Magistrate Judge Newman

**Marco Beavers,**

　　　　　Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Operation of Vehicle While Under the Influence of Alcohol, in violation of the Ohio Revised Code, Section 4511.19 (A)(1)(a) made in Count 1 of the Information is hereby AMENDED to charge Having Physical Control of Vehicle While Under the Influence, in violation of the Ohio Revised Code, Section 4511.194.

IT IS SO ORDERED.

Date: 4/26/17

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

_____
Assistant United States Attorney